UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE MANUEL RETANA**, individually and on behalf of other persons similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>**UNITED LOGISTIC SOLUTIONS, INC.,** and **DOES 1-50,**<br><br>        Defendants. | Case No. 3:14-cv-3210-JSC<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL** |

**[PROPOSED] ORDER**

~~[PROPOSED]~~ ORDER

WHEREAS, the parties have reached an out-of-court individual settlement in the above referenced class action.

WHEREAS, Defendant solicited opt-out agreements from putative class members;

WHEREAS, the agreements solicited contain non-cooperation agreements;

WHEREAS, the agreements solicited contain arbitration agreements that impliedly contain class action bars;

WHEREAS, Plaintiff's claims for penalties pursuant to the California Private Attorney General Action (Labor Code § 2698 *et seq.* "PAGA") are untimely, as Plaintiff lacks standing to pursue such claims given the fact that Plaintiff left his employment with Defendant more than 1 year prior to sending a certified letter to the California Labor and Workforce Development Agency;

WHEREAS, Plaintiff now believes successful prosecution of a class action would be unlikely; and

WHEREAS, Plaintiff has filed a Request for Voluntary Dismissal.

THEREFORE, the Court orders as follows:

1. The class action allegations are dismissed without prejudice as to any other member of the putative class seeking certification;

2. Plaintiff's individual claims are dismissed with prejudice; and

3. Plaintiff's claim pursuant to Labor Code § 2698 *et seq.* ("PAGA") is dismissed with prejudice.

IT IS SO ORDERED.

DATED: November 13, 2014



UNITED STATES DISTRICT COURT

~~[PROPOSED]~~ ORDER